**UNITED STATES DISTRICT COURT – DISTRICT OF MARYLAND *Northern Division***

No. 1: 26-cv-03020 – ABA

CEDRIC GREENE,

*Plaintiff,*

v.

METROPOLITAN TRANSPORTATION AUTHORITY,

*Defendant.*

**JUDICIAL NOTICE REQUEST WITH AN OPPORTUNITY TO BE HEARD IN THE RECORD**

Cedric Greene
1055 North Vignes Street
Los Angeles, California 90012
Tel: (323) 972- 9966
*Email: Cedricgreene33@yahoo.com*

**TO THE CLERK OF THE DISTRICT OF MARYLAND AND ITS LEGAL OFFICIALS**

The judicial notice request of Cedric Greene with an opportunity to be heard in the case records is presented to the District of Maryland under ***federal rules of evidence 201(e)***. As the Court screens the civil case, it would detail the other forums scandals, and the breached civil transfer agreement.

The record should reflect that we aren't in Maryland to speak about the other forum in an unreasonable manner. We would have hoped that they stayed within the guidelines of their offered agreements, but they didn't. That shouldn't be a reflection on Greene's case in the Maryland venue, nor should it be a reflection on him and his efforts. The scandals against Greene in other forums and the refusal to compromise on good faith terms under the codes is one proper basis for the case to be considered here on the merits. Other reasons are due to the intentional breached neglects of the other legal forum. Greene is a Self- Represented Litigant that has been the subject of scandals, and have system limitations for all of the wrong reasons. That's why it was critical to speak in the case records during the screening process.

SIGNED this *4th day of August, 2026.* Signed By: ______________