**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

Case Title: Cedric Greene vs. Metropolitan Transportation Authority Case No. 26-cv-3020 – ABA

Proposed Submission: Declaration and Request for Amendment of Case Disposition

Cedric Greene
1055 North Vignes Street
Los Angeles, California 90012
Tel: (323) 972- 9966
*Email: Cedricgreene33@yahoo.com*

---

The Court's disposition was entered in this action on September 28, 2026. Under *federal rules of civil procedure 59(e)*, Mr. Greene applies for relief from the Court's disposition for the below reasons:

Cedric Greene declares under penalty of perjury, under the *28 U.S. Code Section 1746(2)*, in efforts to ask the District of Maryland for relief from its disposition. As the Court's disposition is heavenly reviewed by Greene and relevant family circle, the Court raised a venue and jurisdictional concern with Greene's case.

Before addressing the Court's concern, we wish to issue a response to Mr. Greene's current displaced situation in the city and state that the Court mentioned in its disposition, because Maryland had taken note to the fact that Greene's displacement is in the city and state where the transportation agency is located.

The Court will be asked to consider Greene's circumstances to various professional athletes that may reside in certain cities within the Country, but travel to other environments to perform their job duties when the time permits. Professional athlete's such as Tyson *"Gypsy King"* Fury, who is from Manchester, England. *Gypsy King* Fury is a professional Boxer who has fought in various cities outside of Manchester, England, including the United States. Greene is no different than *Gypsy King* Fury in terms of *pro se litigations* in legal forum that's open to fair due process in their legal system for him and his case. *Gypsy King* Fury on the other hand, won't be subject to unreasonable scandal or criticism when he

travels outside of England to participate in a Prize Fighting Boxing Match. He will also obtain the necessary cooperation from various sources to make the event possible. Because prison system legal forums that have grossly identified Greene stubbornly declines to cooperate under the civil transfer codes, Greene's *pro se* efforts are far more challenging than *Gypsy King* Fury's. That said, the Court is being asked to pay little to no attention to the displacement factors of Cedric Greene's current whereabouts, and it shouldn't have relevance to this case. In terms of subject- matter jurisdiction and proper venue for the case, Greene doesn't have the full *first amendment* capabilities in legal forums where the transportation agency is located, and seeking to pursue the civil case in their venues is identical to being held in captivity under cruel and unusual terms. In the District of Maryland, those cruel and unusual terms and captivity holdings didn't travel with him or the case to its legal forum. Since those factors didn't travel to Maryland with Greene and the *pro se case,* we would argue that the Maryland legal forum is the proper venue for the case under *28 U.S. Code Section 1331.* It's also proper due to the stubbornness of other legal forums that goes against civil transfer when circumstances permit. That takes us directly back to the conversations of *Gypsy King* Fury; he's a professional Prize Fighter that will obtain the necessary cooperation from various sources to make Boxing Events possible outside of Manchester, England.

Since Greene won't get that equal option for civil transfer reasons from systems that have identified him on scandal basis, we would argue that venue for the case is proper in Maryland under *28 U.S. Code Section 1331, and the 14TH Amendment.* That's why we will ask for disposition amendment for the case.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this *29TH day of September, 2026.*

By: [signature]